Case Number 09-22214 - ADAMS, RONALD D.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Southwest Foot & Ankle**<br>7255 Old Oak Boulevard, Suite C-308<br>Middleburg Heights, OH 44130 | 000006 | 51.36 | 4.07 |
| -------- Remittance Total -------- | | 51.36 | 4.07 |

LAUREN A. HELBLING, Trustee

#151477

FILED 2010 DEC -8 PM 1:56
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND