IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| In Re: | Case No. 09-22214 |
|---|---|
| Ronald D. Adams, Jayne A. Adams, | Judge Arthur I. Harris |
| Debtor(s). | Chapter 7 Case |

## TRANSMITTAL OF UNCLAIMED FUNDS

The attached check no. 112 in the amount of $38.08 represents unclaimed funds in this estate and are paid to the Court pursuant to 11 U.S.C. §347(a). The name(s) and address(es) of the party entitled to these unclaimed funds is as follows:

| CREDITORS NAMES/ADDRESSES | CLAIM NO. | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| City of Cleveland Division of Water 1201 Lakeside Avenue Cleveland, OH 44114 | 8 | $480.86 | $38.08 |

Dated: April 14, 2011

_/s/ Lauren A. Helbling_
Lauren A. Helbling (0038934), Trustee
Lauren A. Helbling Co. LPA
1370 Ontario St., #450
Cleveland, OH 44113
Tel 216/781-1164 Fax 216/575-1405
lhelbling@epitrustee.com